Case 4:21-cv-01137   Document 19   Filed on 06/15/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-1137 |
| | § | |
| YORKTOWN CREOLE APARTMENTS, LTD., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On June 15, 2021, the Plaintiff Sean White and Defendant Yorktown Creole Apartments, Ltd. filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 18) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, this 15th day of June, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE